1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CONTRERAS, | ) NO. CV 08-5363-VAP (MAN) |
| Petitioner, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| MICHAEL A. SMELOSKY, | ) CONCLUSIONS, AND RECOMMENDATIONS |
| Respondent. | ) OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's "Traverse In Respond [sic] to Report and Recommendation," which the Court has construed as Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing.

Petitioner has raised in his Objections a new habeas claim, namely, that Petitioner's trial counsel provided ineffective assistance at trial. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in Objections

1 | to a Magistrate Judge's Report and Recommendation. See <u>Brown v. Roe</u>,
2 | 279 F.3d 742, 744-45 (9th Cir. 2002); <u>United States v. Howell</u>, 231 F.3d
3 | 615, 621-22 (9th Cir. 2000). Petitioner not only failed to plead any
4 | ineffective assistance of counsel claim in the Petition, but also failed
5 | to do so in the state courts. Petitioner's ineffective assistance of
6 | counsel claim set forth in the Objections, thus, is unexhausted.
7 | Accordingly, the Court, in its discretion, declines to consider
8 | Petitioner's belatedly-raised and unexhausted new claim.

10 |     Having completed its *de novo* review, the Court accepts and adopts
11 | the Report. IT IS ORDERED that: (1) the Petition is DENIED; and (2)
12 | Judgment shall be entered dismissing this action with prejudice.

14 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
15 | the Judgment herein on Petitioner and counsel for Respondent.

17 |     LET JUDGMENT BE ENTERED ACCORDINGLY.

19 | DATED: December 29, 2009

                                            VIRGINIA A. PHILLIPS
                                          UNITED STATES DISTRICT JUDGE