UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN CONTRERAS, | ) NO. CV 08-5363-VAP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MICHAEL A. SMELOSKY, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: Dec. 29 2009     .

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE